1  CRAIG R. SMITH (State Bar No. 180338)
   **SMITH LAW FIRM**
2  **A Professional Law Corporation**
   2629 Townsgate Road, Suite 235-1012
3  Westlake Village, California 91361
   Telephone: (818) 703-6057
4  Facsimile: (818) 337-7320

5  Attorneys for Plaintiff Emmanuel Lopez

6

7              **UNITED STATES DISTRICT COURT**

8           **EASTERN DISTRICT OF CALIFORNIA**

9

10

11  EMMANUEL LOPEZ,                    )   **CASE NO:** 2:25-cv-03564-JDP
                                       )
12              Plaintiff,             )
                                       )   **STIPULATION TO CONTINUE
13                                     )   HEARING ON MOTION TO DISMISS
                                       )   AND EXTEND BRIEFING
14                                     )   SCHEDULE
                                       )
15                                     )
    v.                                 )
16                                     )   Hearing Date:    January 29, 2026
                                       )   Hearing Time:    10:00 a.m.
17                                     )   Courtroom:       9, 13th Floor
                                       )   Judge:     Hon. Jeremy D. Peterson
18                                     )
19  COUNTY OF SAN JOAQUIN, a           )
    California municipal corporation; CITY )
20  OF STOCKTON, a California municipal )
    corporation; PETER DEVENCENZI;     )
21                                     )
    GENEVIEVE VALLOTTON, PHIRUN        )
22  VAR                                )
                                       )
23                                     )
24              Defendants.            )

25

26

27

28
                            1

**STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS AND
EXTEND BRIEFING SCHEDULE**

1

2

Based on the aforementioned stipulation and good cause appearing, the Court orders as follows:

3

4

1.      The hearing date for Defendants' Motion to Dismiss (EFC 4) is continued from January 29, 2026, to February 12, 2026.

5

6

2.      Plaintiff's opposition to the Motion to Dismiss shall be filed on or before January 7, 2026;

7

3.      Any reply by Defendants shall be filed on or before January 17, 2026.

8

9

10

IT IS SO ORDERED.

11

12

Dated:     December 29, 2025      _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS AND EXTEND BRIEFING SCHEDULE**

3

**STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS AND EXTEND BRIEFING SCHEDULE**