UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| EMMANUEL LOPEZ,<br><br>          Plaintiff,<br><br>    v.<br><br>COUNTY OF SAN JOAQUIN, a California municipal corporation; CITY OF STOCKTON, a California municipal corporation; PETER DEVENCENZI; GENEVIEVE VALLOTTON, PHIRUN VAR,<br><br>          Defendants. | No. 2:25-cv-1792 WBS CSK<br><br><br>ORDER RELATING CASES |
| EMMANUEL LOPEZ,<br><br>          Plaintiff,<br><br>    v.<br><br>COUNTY OF SAN JOAQUIN, a California municipal corporation; PETER DEVENCENZI; GENEVIEVE VALLOTTON, PHIRUN VAR; and DOES 1 through 100,<br><br>          Defendants. | No. 2:25-cv-3564 DJC JDP |

1

----oo0oo----

Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123(a), because they involve the same parties, are based on the same or similar claims, address the same issues, and arise from the same events. Accordingly, the assignment of the matters to the same judge is likely to effect a saving of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated Lopez v. County of San Joaquin et al., Case No. 2:25-cv-1792 WBS CSK, and Lopez v. County of San Joaquin et al., Case No. 2:25-cv-3564 DJC JDP, be, and the same hereby are, deemed related. The case denominated Lopez v. County of San Joaquin et al., Case No. 2:25-cv-3564 DJC JDP, shall be reassigned to Judge WILLIAM B. SHUBB and Judge CHI SOO KIM. Any dates currently set in the reassigned case only are hereby VACATED. Henceforth, the captions on documents filed in the reassigned case shall be shown as Lopez v. County of San Joaquin et al., Case No. 2:25-cv-3564 WBS CSK.

IT IS FURTHER ORDERED that the Clerk of the Court make an appropriate adjustment in the assignment of cases to compensate for this reassignment.

2

IT IS SO ORDERED.

Dated:   February 5, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE