UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

EMMANUEL LOPEZ,

           Plaintiff,

   v.

COUNTY OF SAN JOAQUIN, a
California municipal
corporation; PETER DEVENCENZI;
GENEVIEVE VALLOTTON; PHIRUN VAR;
and DOES 1 through 100,

           Defendants.

No. 2:25-cv-03564 WBS JDP

ORDER

----oo0oo----

Plaintiff has moved to substitute parties (Docket No. 23) on the grounds that Emmanuel Lopez passed away on or about December 28, 2025. (Id. at 5.) Plaintiff requests substitution of Lopez's wife Lourdes Contrares Delgado and minor daughter A.L. as plaintiffs. (Id. at 2.) Defendants have filed a statement of non-opposition. (Docket No. 24.)

IT IS THEREFORE ORDERED that Emmanuel Lopez is substituted for plaintiffs Lourdes Contrares Delgado and A.L. as

1

successors in interest.

Dated:   March 11, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE